**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:  March 6, 2015 |

**CASE NO.   15-cv-00293-RM-KLM**

| | |
|---|---|
| GOLD MEDAL RANCH, LLC, | Kent Howard Whitmer |
|     Plaintiff/Third Party Defendant, | |
| v. | |
| BYERS PEAK DOWNHILL PROPERTIES, LLC,<br>BYERS PEAK PROPERTIES, LLC,<br>C. CLARK LIPSCOMB, and<br>MEREDITH C. LIPSCOMB, | Michael Frazier |
|     Defendants/Third-Party Plaintiffs. | |
| NORMAN A. CARPENTER, | |
|     Third-Party Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC HEARING**
**COURT IN SESSION**:   9:01 a.m.
Court calls case. Appearances of counsel by telephone.

Discussion held regarding the status of the case and Plaintiff's Motion to Remand (Doc. 25, filed 2/23/15).  Counsel present argument regarding the issue of attorneys' fees and costs requested in the motion to remand.

**ORDERED:**  Plaintiff's Motion to Remand (Doc. 25, filed 2/23/15) is GRANTED with respect to the remand to the District Court of Grand County.   The issue of attorneys' fees and costs is taken under advisement.   The Court will issue a separate written order.

**COURT IN RECESS**:      9:09 a.m.
**Total in court time**:       00:08
**Hearing concluded**